061848

STATE OF MAINE        STATE OF MAINE      UNIFIED CRIMINAL COURT
CUMBERLAND, ss.      CUMBERLAND, SS    Docket Nos:  CR-14-5769
                    CLERK'S OFFICE                CR-15-663
                                                CR-15-485
                                         And    CR-15-1344

2015 MAR 20 PM 12 31

STATE OF MAINE      )
                      )        **MOTION TO TRANSPORT**
v.              )       **FOR SCREENING FOR**
                      )           **TREATMENT**
                      )
HILARY MAINES     )
                      )

**NOW COMES** the Defendant, Hilary Maines, by and through her attorney, Karen E. Wolfram, and moves this Honorable Court to grant her Motion to Transport for a screening at Crossroads for Women, Inc. (hereinafter "Crossroads"). In support of this Motion, the Counsel further states:

1.    The Defendant is currently charged with misdemeanors of Criminal Mischief and Endangering the Welfare of a Child; Unlawful Possession of Scheduled Drugs and Violating Condition of Release x 2; Unlawful Possession of Scheduled Drug x 2 and Violating Condition of Release; and Violating Condition of Release x 3.

2.    The Defendant is incarcerated at the Cumberland County Jail.

3.    Counsel has arranged for Crossroads to interview the Defendant to determine whether she is acceptable for the residential treatment program.

4.    In order for Crossroads to screen the Defendant for possible treatment Defendant requests that:

1

a) The Sheriff's Department transport the Defendant to Crossroads for Women, 71 U.S. Route One, Suite E, Scarborough, Maine (773-9931) for an appointment on March 30, 2015 beginning at 10:15 a.m.

b) Following her screening interview, the Sheriff's Department transport the Defendant back to the jail and hold her under the conditions of her current Bail Order.

5. The District Attorney's Office does / does not oppose the granting of this Motion.

**WHEREFORE,** the Defendant prays that this Honorable Court will grant her Motion to Transport as prayed for above.

DATED at Lyman, Maine this 20th day of March, 2015.

Karen E. Wolfram; Bar # 9312
Fairfield & Associates, P.A.
10 Stoney Brook Lane
Lyman, Maine 04002
Phone: (207) 985-9465

2

## ORDER

After considering the Defendant's Motion to Transport, the Court hereby

**ORDERS** as follows:

a) The Sheriff's Department shall transport the Defendant, Hilary Maines, to Crossroads for Women, 71 US Route One, Suite E, Scarborough, Maine (773-9931) for an appointment on **March 30, 2015 beginning at 10:15 a.m.**

b) Following her screening interview, the Sheriff's Department shall transport the Defendant back to the jail and hold her under the conditions of her current Bail Order.

Dated: 3|24|15

Justice, Unified Criminal Court